452 A.2d 47

Commonwealth v. Massie, Appellant.

Submitted March 16, 1982. John Kent Lewis, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the court is affirmed.